**UNPUBLISHED ORDER**
Not to be cited per Circuit Rule 53

# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

November 4, 2005

**Before**

Hon. RICHARD A. POSNER, *Circuit Judge*

Hon. MICHAEL S. KANNE, *Circuit Judge*

Hon. ILANA DIAMOND ROVNER, *Circuit Judge*

No. 04-3586

|  |  |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff -Appellee,* | Appeal from the United States District Court for the Southern District of Indiana |
| *v.* | No. 1:04CR00035-001 |
| GERVACIO RODRIGO-ABAD, *Defendant-Appellant.* | Larry J. McKinney, *Chief Judge.* |

**O R D E R**

On limited remand under *United States v. Paladino*, 401 F.3d 471 (7th Cir. 2005), the district court responded that it would have given Gervacio Rodrigo-Adab "the same sentence had the guidelines been advisory at the time of sentencing." We invited the parties to file memoranda addressing the district court's statement, but neither did so. Rodrigo-Abad's 121-month sentence, which is only one month greater than the applicable statutory minimum of 120 months, is within his guideline range and therefore presumptively reasonable. *See United States v. Mykytiuk*, 415 F.3d 606 (7th Cir. 2005). His failure to respond leaves that presumption unrebutted. Our independent review does not suggest the sentence is unreasonable and, thus, we AFFIRM the judgement.